Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
*Middle* District of *Georgia*
*Macon* Division

| | |
|---|---|
| *Marcelrier Spivey* <br> _____ <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> *Billy Hancock* <br> *Wilkinson County Sheriff* <br> _____ <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
All other names by which
you have been known:
ID Number
Current Institution
Address

*Marchier Spires*
*2541 Montpelier Ave*
*Macon B166*
*Georgia 31204*

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

*Sheriff Billy Hancock*
*Sheriff*

*Crisp County*
*196 Co Hwy 390 South*
*Cordele GA 31015*

| *City* | *State* | *Zip Code* |
|---|---|---|

☑ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

*Unknown Joe Grzola*
*Captain Acting Captain*
*Captain*

*Crisp County*
*196 Co Hwy 390 South*
*Cordele GA 31015*

| *City* | *State* | *Zip Code* |
|---|---|---|

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name — Unknown white SSgt

Job or Title *(if known)* — Sergent

Shield Number

Employer — Crisp County

Address — 2511 ___ ___ Ave

Cordele     Ga     31015

City     State     Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name — Unknown Black female Lt

Job or Title *(if known)* — Leautinet

Shield Number

Employer — Crisp County

Address — 196 Ga Hwy 300 South

Cordele     Ga     31015

City     State     Zip Code

☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

① Denial of Dental amounting to deliberate indifferes ② Denial of medical amounting to deliberate indifferes ③ Improper function during pat search. Denial of Remedy administration

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

the U.S. Marshal violated my rights by placing me in an unsafe facility

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

Each of these incidents happened between Crisp County Jail as a federal inmate

C.    What date and approximate time did the events giving rise to your claim(s) occur?

these incidents took place in 2020 March or around or about through gan

D.    What are the facts underlying your claim(s)?  *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My constitutional rights were violated by Crisp County Sheriff dept and will be described and explained

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I substained mental anguish dental pain and suffering that amounts to deliberate indifference

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I want the courts to investigate these issues and to award 2.5 million dollars from Crisp County and officers and 1.5 from U.S. Marshalls

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *Crisp County Jail*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? *Denial of medical, Dental, improper touching during pat Search Denial of Remedy and assault*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

In Crisp County Jail

2. What did you claim in your grievance?

each and every issue I notified them of I had from Dental to medical. Assault and improper touch and violation of attorney client privilege

3. What was the result, if any?

they did not return or process the grievances

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

They did not process the remedies Nor did they allow the appeals process

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Prison Identification #

Prison Address

                                                 *City*                 *State*         *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                                                 *City*                 *State*         *Zip Code*

Telephone Number

E-mail Address

unknown white Male
Doctor or head of Medical

unknown ~~Felana~~ FeMale
Medical ~~Doctor~~ assistant

young Jay
White ~~Male unknown officer~~
6'2 300 ~~yoa~~
Crisp County
196 Cea Hwy 300 Sauth

Herrick Kris
White ~~Male unknown officer~~
5'8 375
Crisp County
196 Cea Hwy 300 Sauth

Harris Rose
Crisp County
196 Cea Hwy 300 Sauth

Billy Hancock is sheriff and is responsible for providing a Administrative Remedy process and is responsible for Crisp County Jail and its medical and Dental Care for inmates and not being allowed Treatment and the Remedy System violated my rights

I notified the unknown officer ~~Captain~~ that I was begin denied medical and Dental treatment and the administrative Remedy Process and he Refused to investigate this complaint

Jack Masters
I gave Sgt Masters the Administrative Remedies on Multiple issues they were never returned and or the appeals process was denied

Dorthy Spire
2448 Napier Ave
Macon, Ga 31204

Emmitt Spire
2448 Napier Ave
Macon, Ga 31204

Tracy Morris was given the administrative Remedy process and did not provide Receipts and these forms and Remedies were never returned Miss Morris also did violate my rights when she stood at the door with Sgt and inmates in the Hall while I spoke with my sisters

Jay Young
Did you properly touch during a pat search while I returned into Crisp County form court the administrative Remedy was never returned and my rights were violated By this

The U.S. Marshal Dept
placed me in a facility
where I was attacked
by staff and others
and could not get medical
and dental treatment

Herrick Kris
while performing a Pat
Search did Slide his Bodycam
or wally fifty mic down
my Right Butt cheek
while Rose Harris did watch
and did violate my rights
when I filed the Complaint
it did not return

Harris Rose
Did violate my rights
during the Pat Search
and did file Re modos
on this issue

CMS My County Contract
Health Services did
refuse me dignful
treatment whichamount
to Deliberate indiffence
and violated my rights
I was denied the admin
Remedies when I did
file on this issue

the Head medical Person a white Male while examining my tounge was breathing in my mouth when I notified him of this he became Hastley when looking in my Ear he was pushing the scope when I notified him of this he told me to get out when I began to leave he pushed me in my Balls several times as I walked out the Door I file the remedies on this issue The white female medical person failed to intervene when I was attacked by the Medical Person and she failed to Report this issue